# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01872-RPM-GJR

BRIAN D. SPECK,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE, INC.;
BANK OF AMERICA, NATIONAL ASSOCIATION, a National Bank corporation;
THE PUBLIC TRUSTEE OF PITKIN COUNTY COLORADO;
JOHN DOE CORPORATION AND OTHER UNKNOWN PARTIES WHO MAY BE INVOLVED HEREIN,

    Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION FOR TELEPHONIC PARTICIPATION AT SCHEDULING/PLANNING CONFERENCE

---

THE COURT, having reviewed Defendants Wells Fargo Home Mortgage, Inc. and Bank of America, N.A.'s ("Defendants") Unopposed Motion for Telephonic Participation at Scheduling/Planning Conference, and the file in this matter, it is:

ORDERED, that the Motion is granted, and it is

FURTHER ORDERED that counsel for Defendants shall be permitted to participate by telephone at the Scheduling/Planning Conference.

DONE and ORDERED this 11th day of August, 2011.

BY THE COURT:

*/s/ Gudrun J. Rice*
Gudrun J. Rice
United States Magistrate Judge

Counsel shall call
970-241-2187