IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 11-cv-01872-RPM-GJR

BRIAN D. SPECK,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE, INC.,
BANK OF AMERICA, NATIONAL ASSOCIATION,
a National Bank corporation;
THE PUBLIC TRUSTEE OF PITKIN COUNTY CO;
JOHN DOE CORPORATION AND OTHER
UNKNOWN PARTIES WHO MAY BE INVOLVED HEREIN,

    Defendants.

---

## ORDER CONTINUING SCHEDULING/PLANNING CONFERENCE

---

This matter came on for Scheduling/Planning Conference in the United States District Court for the District of Colorado in Grand Junction, Colorado on September 14, 2011, Magistrate Judge Gudrun J. Rice presiding. Counsel for Defendants called the Court at the appointed time of 1:30 p.m. Neither Plaintiff nor counsel for Plaintiff appeared at the scheduling/planning conference.

Scheduling/Planning Conference is continued to October 04, 2011 at 10:30 a.m. Counsel for Defendants may appear by phone at 970.241.2187. Counsel for Plaintiff is **ORDERED** to appear in person at the rescheduled Scheduling/Planning Conference and, further, to show cause why sanctions, in accordance with Federal Rules of Civil Procedure 16(f), should not be imposed for Plaintiff's failure to appear at the

scheduling/planning conference.

DONE AND SIGNED THIS 14th day of September, 2011.

BY THE COURT:

s/ Gudrun J. Rice
_____
Gudrun J. Rice
United States Magistrate Judge