IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

| | |
|---|---|
| Civil Action No. 11-cv-01872-RPM-GJR<br>Date: October 11, 2011 | Deputy: M. Spolar<br>Recorder: Grand Junction |
| BRIAN D. SPECK,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br>a National Bank corporation;<br>THE PUBLIC TRUSTEE OF PITKIN COUNTY CO;<br>JOHN DOE CORPORATION AND OTHER<br>UNKNOWN PARTIES WHO MAY BE INVOLVED HEREIN,<br><br>    Defendants. | Joseph Hambright<br><br><br>Nadia Malik |

---

### SCHEDULING/PLANNING CONFERENCE
### AND
### MOTION HEARING

---

Court in Session:   1:32 p.m.

Court calls case and appearances of counsel. By phone Nadia Malik for Defendants Wells Fargo Home Mortgage, Inc., and Bank of America. In person Joseph Hambright for Plaintiff Brian D. Speck. Counsel John Ely for Defendant Public Trustee of Pitkin County, Colorado, has WAIVED participation.

The proposed Scheduling Order was received and reviewed.

Parties have held a Rule 26(f) meeting on August 25, 2011. Rule 26(a) disclosures will be made by October 28, 2011

<u>DEADLINES</u>:

Joinder of Parties & Amendment of Pleadings Deadline:   October 28, 2011
Fact and Expert Discovery Deadline:   March 14, 2012

Dispositive Motion Deadline:   April 13, 2012
Claiming parties' Rule 26(a)(2) Information:   December 14, 2011
Defending parties' Rule 26(a)(2) Information:   December 14, 2011
Rebuttal Rule 26(a)(2) Information: January 13, 2012
Interrogatories to be served by February 10, 2012
Responses due thirty (30) days after service.
Depositions limited to 7 hours.
Twenty-five (25) on Requests for Production of Documents, including subparts.
Twenty-five (25) on Requests for Admissions, including subparts
Each side shall be limited to ten (10) depositions per party.

**MOTIONS CONSIDERED:**   Motion to Withdraw as Attorney (Doc. 27) filed on September 16, 2011, Amended Motion to Withdraw (Motion to Amend/Correct/Modify Doc. 32) filed on September 26, 2011 and Motion for Hearing/Conference (Doc. 31) filed on September 26, 2011.

*Defendants have NO objection to Mr. Joseph Hambright's Motion to Withdraw.*

**ORDERED:**   Plaintiff's Motion to Withdraw (Doc. 27) and Plaintiff's Amended Motion to Withdraw (Doc. 32) as counsel of record for Plaintiff is **GRANTED**.

**ORDERED:**   Plaintiff's Motion for Hearing/Conference (Doc. 31) is **DENIED** as MOOT.

Plaintiff's Motion for Extension of Time to Respond to Motion to Dismiss held in abeyance.

**ORDERED:**   Telephonic Status Conference set for October 25, 2011 at 1:30 p.m.

Hearing Concluded
Court in Recess:   1:46 p.m.

Time in Court:   14 minutes

## Certificate of Mailing

I hereby certify that on October 12, 2011, a true a correct copy of the foregoing Minutes, Scheduling Order and Order Granting Withdraw were placed in the U.S. District Court CM-ECF, U.S. Mail, postage prepaid, sent by facsimile, or hand delivered as indicated to the following:

| Michelle Heldmyer<br>Assistant United States Attorney<br>205 N. 4th Street, Suite 400<br>Grand Junction, CO 81501<br><br>*Hand Delivered* | Brian D. Speck<br>205 Lacet Court<br>Aspen, CO 81611<br><br><br><br>*By U.S. Mail* |
|---|---|

By: _____M. Opolar_____
Assistant to Magistrate Judge