IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 11-cv-01872-RPM-GJR

BRIAN D. SPECK,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE, INC.,
BANK OF AMERICA, NATIONAL ASSOCIATION,
a National Bank corporation;
THE PUBLIC TRUSTEE OF PITKIN COUNTY CO;
JOHN DOE CORPORATION AND OTHER
UNKNOWN PARTIES WHO MAY BE INVOLVED HEREIN,

    Defendants.

---

**ORDER GRANTING MOTION TO WITHDRAW (Doc. 27) AND
AMENDED MOTION TO WITHDRAW (Doc. 32)**

---

    Joseph Hambright, attorney for plaintiff Brian Speck, has filed a Motion to Withdraw (Doc. 27) and Amended Motion to Withdraw (Doc. 32). The matter came on for hearing on October 11, 2011 in the United States District Court for the District of Colorado, in Grand Junction, Colorado. Mr. Hambright appeared in person. Ms. Nadia Malik, representing Defendants Wells Fargo Home Mortgage, Inc., and Bank of America, appeared by phone. Plaintiff Brian Speck did not appear and as of October 11, 2011 had filed no objection to the withdrawal of Mr. Hambright with the Court. John Ely, attorney for Defendant Public Trustee of Pitkin County, had previously advised the Court (Doc. 5) that he anticipated no further participation in the matter. Mr. Ely did not appear and filed no objection to the Motion to Withdraw or to the Amended Motion to Withdraw.

    Mr. Hambright, at the hearing, cited personal health concerns as further reason in support of his Motion to Withdraw. Ms. Malik stated no objection to the withdrawal of Mr. Hambright.

    I find that Mr. Hambright has shown good cause for withdrawal and hereby grant the Motion to Withdraw filed with the Court on September 16, 2011 (Doc. 27) and the

Amended Motion to Withdraw filed with the Court on September 26, 2011 (Doc. 32).

**IT IS FURTHER ORDERED** that Plaintiff Brian Speck shall be personally responsible for complying with all court orders and time limitations established by any applicable rules, specifically including, but not limited to, the Scheduling Order entered on October 11, 2011 and the time limitations set forth therein.

This matter is set for a Telephonic Status Conference on October 25, 2011 at 1:30 p.m., with Ms. Malik to initiate the call to the Court at 970-241-2187.

DONE AND SIGNED THIS 11th day of October, 2011.

BY THE COURT:

s/ Gudrun J. Rice

_____

Gudrun J. Rice
United States Magistrate Judge