IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11cv-01872-RPM-GJR

BRIAN D. SPECK

       Plaintiff,

v.

WELLS FARGO HOME MORTGAGE, INC.;
BANK OF AMERICA, NATIONAL ASSOCIATION, a National Bank Corporation; THE
PUBLIC TRUSTEE OF PITKIN COUNTY COLORADO
JOHN DOE CORPORATION AND OTHER UNKNOWN PARTIES WHO MAY BE
INVOLVED HEREIN

       Defendant.

---

ORDER *DENYING* UNOPPOSED MOTION FOR TELEPHONIC PARTICIPATION
AT
SCHEDULING/PLANNING CONFERENCE

---

THE COURT, having reviewed Plaintiff's Unopposed Motion for Telephonic Participation at the Scheduling/ Planning Conference, and the file in this matter, it is:

ORDERED, that the Motion is ~~granted, and Plaintiff shall be permitted to participate by telephone at the Scheduling/ Planning Conference~~ *denied as moot*.

DONE and ORDERED this *11th* day of *October* 2011.

                                           BY THE COURT:

                                           Gudrun J. Rice
                                           United States Magistrate Judge