IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  11-cv-01872-RPM-GJR

BRIAN D. SPECK,

      Plaintiff,

v.

WELLS FARGO HOME MORTGAGE, INC.,
BANK OF AMERICA, N.A.,
THE PUBLIC TRUSTEE OF PITKIN COUNTY COLORADO,

      Defendants.

_____

ORDER OF DISMISSAL
_____


On December 13, 2011, Brian D. Speck, plaintiff, submitted a letter to United States Magistrate Judge Gudrun J. Rice containing a request "that this case be dropped."  Given the history of this case, the Court interprets the plaintiff's letter as a motion to dismiss voluntarily under Fed.R.Civ.P. 41.  Because the defendant banks have answered and a scheduling order was entered on September 14, 2011, the dismissal requires a court order and given the defenses raised as reflected in the scheduling order, the dismissal should be with prejudice. Accordingly, it is

ORDERED that this civil action is dismissed with prejudice and without the award of costs.

Dated:   December 21st, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge